IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:15-cv-1702 (KBJ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc., and Defendant United States Department of Homeland Security hereby stipulate to the dismissal of this action, with prejudice, and with each side bearing its own fees and costs.

Date:  December 11, 2015.                          Respectfully submitted,

JUDICIAL WATCH, INC.                          CHANNING D. PHILLIPS
                                                United States Attorney for the District of
/s/ Jason B. Aldrich                            Columbia
D.C. Bar No. 495488                             D.C. Bar # 415793
Suite 800
425 Third Street, SW.                           DANIEL F. VAN HORN
Washington, DC 20024                            Chief, Civil Division
Tel: (202) 646-5172                             D.C. Bar # 924092
Fax: (202) 646-5199

                                                /s/ Jennifer J. Lee
**Counsel for Plaintiff**                       D.C. Bar No. # 1015460
                                                Special Assistant U.S. Attorney
                                                555 Fourth Street, N.W., Room E-4916
                                                Washington, D.C. 20530
                                                Telephone: (202) 252-2569
                                                Email: jennifer.lee@usdoj.gov

                                                **Counsel for Defendant**